PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (510) 970-4822
   Facsimile: (415) 744-0134
   E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ERIC WILLIAM CARVER,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,[1]<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 1:20-cv-00565-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF<br><br>(Doc. 26) |

    The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to file his opposition to Plaintiff's opening brief in this case. In support of this request, the Commissioner respectfully states as follows:

    1.    Primary responsibility for handling this case has been delegated to the Office of the Regional Chief Counsel, Region IX, in San Francisco, California (the "Region IX Office").

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

2.      Defendant's response to Plaintiff's opening brief is currently due October 13, 2021.  This is Defendant's second request for an extension.

3.      The Region IX Office currently handles all district and circuit court litigation involving the Social Security program arising in Arizona, California, Hawaiʻi, Nevada, and Guam.  The Region IX Office also provides a full range of legal services as counsel for the Social Security Administration, in a region that covers four states (including the most populous state in the nation) and three territories.  These other workloads include employment litigation; civil rights investigations; bankruptcy matters; and requests for legal advice on wide-ranging topics, including employee conduct and performance, reasonable accommodation, hostile work environment, ethics, Privacy Act and disclosure, torts, property, and contracts.

4.      The undersigned attorney has 22 briefs due in district court cases over the next 30 days, including three briefs due on October 13, 2021, as well as additional non-briefing work. An ordinary volume of district court merits briefs for the undersigned would be five to eight briefs per month in addition to non-briefing work.  As such, the current volume of merits brief deadlines is two to three times what is normal.

5.      Due to the volume of the overall workload within the Region IX Office, neither the undersigned attorney nor another attorney in the Region IX Office anticipate being able to complete briefing by the current due date of October 13, 2021.  Therefore, Defendant seeks an extension of 30 days, until November 12, 2021 to respond to Plaintiff's opening brief.

6.      This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until November 12, 2021, to file her opposition to Plaintiff's opening brief.

Respectfully submitted,

DATE: September 24, 2021     */s/_ Jonathan Omar Pena*\*
                             JONATHAN OMAR PENA
                             Attorney for Plaintiff
                             (\* approved via email on 9/24/21)

                             PHILLIP A. TALBERT
                             Acting United States Attorney
DATE: September 24, 2021  By *s/ Marcelo Illarmo*
                             MARCELO ILLARMO
                             Special Assistant United States Attorney

                             Attorneys for Defendant

**ORDER**

Pursuant to the parties' above stipulation (Doc. 26), and for good cause shown, IT IS HEREBY ORDERED that Defendant shall have an extension, up to and including November 12, 2021, to file her response to Plaintiff's opening brief. All other dates in the Scheduling Order (Doc. 16) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **September 29, 2021**            */s/ Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE